Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16−20198−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mary Ann Peterson
  81 Elizabeth Street
  River Edge, NJ 07661

Social Security No.:
  xxx−xx−5837

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/10/20 at 10:00 AM

to consider and act upon the following:

*105* – Creditor's Certification of Default (related document:91 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

*106* – Certification in Opposition to Creditor's Certification of Default (related document:105 Creditor's Certification of Default (related document:91 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by David L. Stevens on behalf of Mary Ann Peterson. (Stevens, David)


Dated: 8/18/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court