Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−20198−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary Ann Peterson
   81 Elizabeth Street
   River Edge, NJ 07661

Social Security No.:
   xxx−xx−5837

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/10/20 at 10:00 AM

to consider and act upon the following:

*105* − Creditor's Certification of Default (related document:91 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

*106* − Certification in Opposition to Creditor's Certification of Default (related document:105 Creditor's Certification of Default (related document:91 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/17/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by David L. Stevens on behalf of Mary Ann Peterson. (Stevens, David)

Dated: 8/18/20

                            Jeanne Naughton
                            Clerk, U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                      Case No. 16-20198-JKS
Mary Ann Peterson                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1             Date Rcvd: Aug 18, 2020
                             Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db              +Mary Ann Peterson,    81 Elizabeth Street,    River Edge, NJ 07661-2007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Craig Scott Keiser    on behalf of Creditor    CALIBER HOME LOANS, INC. craig.keiser@law.njoag.gov
          David L. Stevens    on behalf of Debtor Mary Ann Peterson dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jill Manzo    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Philip A Kahn    on behalf of Creditor    Vanz, LLC pkahn@feinsuch.com
          Steven P. Kelly    on behalf of Loss Mitigation    Caliber Home Loans, Inc
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 9