Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 16−20198−JKS
                                Chapter: 13
                                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary Ann Peterson
   81 Elizabeth Street
   River Edge, NJ 07661

Social Security No.:
   xxx−xx−5837

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       10/8/20
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$1,320.00

EXPENSES
$9.25

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 4, 2020
JAN:

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-20198-JKS
Mary Ann Peterson                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Sep 04, 2020
                              Form ID: 137             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db            +Mary Ann Peterson,    81 Elizabeth Street,    River Edge, NJ 07661-2007
cr            +Caliber Home Loans, Inc.,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
                Cherry Hill, NJ 08034-1925
516199145     +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
516199146     +Caliber Home Loans, In,    Po Box 24610,    Oklahoma City, OK 73124-0610
516199147     +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,    Parsippany, NJ 07054-4673
516199149     +Mattleman, Weinroth & Miller,    401 Route 70 East,    Suite 100,    Cherry Hill, NJ 08034-2410
516199150     +Phelan, Hallinan & Diamond, LLP,    400 Fellowship Road, ste. 100,    Mount Laurel, NJ 08054-3437
518153911     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
518153912     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516199151     +Vanz, LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
516221694     +Vanz, LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                Parsippany, NJ 07054-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 23:52:55      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 23:52:52      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
lm            +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 04 2020 23:53:42      Caliber Home Loans, Inc,
                3701 Regent Boulevard,    Irving, TX 75063-2312
516335203     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 04 2020 23:53:42      Caliber Home Loans, Inc.,
                13801 Wireless Way,    Oklahoma City, OK 73134-2500
516199148     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 04 2020 23:52:25      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
516262670      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2020 23:57:14
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Vanz, LLC,    c/o Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Suite 201,
                Parsippany, NJ 07054-4609
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Craig Scott Keiser    on behalf of Creditor    CALIBER HOME LOANS, INC. craig.keiser@law.njoag.gov
              David L. Stevens    on behalf of Debtor Mary Ann Peterson dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
               8@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Philip A Kahn    on behalf of Creditor    Vanz, LLC pkahn@feinsuch.com
              Steven P. Kelly    on behalf of Loss Mitigation    Caliber Home Loans, Inc
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com

```
District/off: 0312-2              User: admin               Page 2 of 2                 Date Rcvd: Sep 04, 2020
                                  Form ID: 137              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                             TOTAL: 9

Case 16-20198-JKS    Doc 111    Filed 09/06/20    Entered 09/07/20 00:25:36    Desc
Imaged Certificate of Notice    Page 4 of 4